IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PREVIN E. TAUER,

        Petitioner,

                                CIVIL ACTION
   vs.                          No. 11-3126-SAC

JAMES HEIMGARDNER,

        Respondent.


**MEMORANDUM AND ORDER**

This matter is a petition for habeas corpus filed pursuant to 28 U.S.C. § 2254. By its Memorandum and Order entered on August 2, 2011 (Doc. 2), the court directed petitioner to show cause why this matter should not be dismissed due to petitioner's failure to commence this action within the one-year limitation period established by 28 U.S.C. § 2244(d). Petitioner was directed to respond on or before September 2, 2011, and was advised the failure to file a timely response might result in the dismissal of this matter without additional prior notice.

Petitioner failed to respond. The court has again considered the record and concludes, for the reasons stated in the order of August 2, 2011, that this matter must be dismissed.

IT IS, THEREFORE, BY THE COURT ORDERED the petition for habeas corpus is dismissed due to petitioner's failure to commence this matter within the one-year limitation period.

A copy of this order shall be transmitted to the petitioner.

**IT IS SO ORDERED.**

Dated at Topeka, Kansas, this 8th day of September, 2011.

                    S/ Sam A. Crow
                    SAM A. CROW
                    United States Senior District Judge